UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARIA VELEZ,

                                  Plaintiff,

           - against -

CAN TRUCKING INC and LEESENT STAPLETON,

                               Defendants.
----------------------------------------------------------------X

**AMENDED NOTICE OF REMOVAL**

Civil Action No.:

Index No.: 813053/2022E

(Supreme Court of Bronx County)

Assigned to:

**PLEASE TAKE NOTICE,** that pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. §1446, the defendants, **CAN TRUCKING INC. and LEESENT STAPLETON**, by their attorneys, **MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**, hereby remove the above-captioned case from Supreme Court of the State of New York, County of Bronx, to the United States District Court for the Southern District of New York on the basis of diversity of citizenship conferred by 28 U.S.C. §1332.

Dated: Tarrytown, New York
       October 10, 2022

                                            */s/ Lynn Abelson Liebman*
                                            Lynn Abelson Liebman

                                            **MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**
                                            Attorneys for Defendants
                                            **CAN TRUCKING INC and LEESENT STAPLETON**
                                            580 White Plains Road, Suite 620
                                            Tarrytown, New York 10591
                                            (914) 345-3701
                                            File No.: 1929.112185
                                            **lliebman@moodklaw.com**

{M0283769.1}

2

TO:

Nataliya Borushak, Esq.
**LAW OFFICES OF NATALIYA BORUSHCHAK, P.C.**
Attorneys for Plaintiff
**MARIA VELEZ**
2357 Coney Island Avenue, 2nd Floor
Brooklyn, New York 11223
(347) 462-3430
**nb@nblawteam.com**