EXHIBIT "A"

Search Types

Help (/DOR/BusinessNameSearch/Home/Help)

# Business Name Search

Required Fields [ * ]

## Search Criteria

**Business Name ***

Can Trucking, Inc

Use "%" as a wildcard

Search →    x Cancel (/DOR/BusinessNameSearch/)

**Show** 10 **entries**

| Business Name | Entity Id | Type |
|---|---|---|
| CAN TRUCKING, INC. | 0100904560 | DP (Domestic Profit Corporation) |

Showing 1 to 1 of 1 entries    « Previous   Next »

## Division of Revenue & Enterprise Services

PO (Post Office) Box 450
Trenton, NJ (New Jersey) 08646-0303

## Support

Division of Revenue & Enterprise Services Web Site (http://www.state.nj.us/treasury/revenue/)
Search Help (/DOR/BusinessNameSearch/Home/Help)

## Polices & Procedures

Privacy Policy (https://www.njportal.com/ErrorPages/Privacy.aspx)
Accessibility Policy (https://www.njportal.com/ErrorPages/Accessibility.aspx)
Security Policy (https://www.njportal.com/ErrorPages/Security.aspx)
Legal Statements & Disclaimers (https://www.njportal.com/ErrorPages/Disclaimer.aspx)